Frank R. Mead, #020577
Papazian & Mead, PLC
2141 E. Highland Avenue, Suite 105
(602) 620-1449 (p) • (602) 606-8300 (f)
fmead@papazianmead.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ZACHARY WHITE, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAHOMEKEY, INC., a Texas Corporation, and [WESTSTAR MORTGAGE CORPORATION, a New Mexico Corporation],<br><br>Defendant. | No. 2:12-CV-00456-FJM<br><br>**PROPOSED FIRST AMENDED COMPLAINT** |

Plaintiff Zachary "Zac" White brings this action and alleges as follows:

**Introduction**

1.      Zac White is a former employee of Defendant AmericaHomeKey, Inc. ("AHK").  Zac worked for AHK as a Branch Manager until February 3, 2012.  At the time of his termination, AHK owed Zac more than $120,000 in wages.  Notwithstanding verbal and written demand, AHK has refused to pay these wages.

2.      On information and belief, AHK is in the process and has been in the process of an asset sale or merger with a company called WestStar Pacific Mortage, Inc. Although AHK continues to pay other employees their wages during this merger, AHK

-1-

1    has refused to pay Zac the wages he is owed.

2        3.      With this action, Zac seeks to hold AHK accountable for the nonpayment

3    of the wages he is owed.  Zac will seek to amend this complaint to add the individual

4    officers of AHK and/or WestStar Pacific Mortgage to the extent discovery reveals an

5    intentional decision to wrongfully refuse to pay Zac's wages during the merger or if a

6    theory of successor liability is appropriate.

7

8                                **Parties**

9        4.      Plaintiff Zac White resides in Maricopa County, Arizona.

10       5.      Defendant AmericaHomeKey, Inc., is a Texas corporation conducting

11   business in Maricopa County, Arizona.

12       [6.      Defendant Weststar Mortgage Corporation is a New Mexico corporation

13   and is the successor-in-interest to AmericaHomeKey, Inc. and conducting business in

14   Maricopa County, Arizona.]

15

16                          **Jurisdiction and Venue**

17       7.      This Court has jurisdiction over this action under 28 U.S.C. section 1332.

18       8.      Venue is proper in this District under 28 U.S.C. section 1391(a).

19

20                           **General Allegations**

21       9.      Zac White was terminated from AHK on February 3, 2012.

22       10.     At the time of his termination, AHK owed Zac $120,385 in unpaid

23   commissions.  These commissions are classified as wages under Arizona law.

24       11.     Zac has made verbal and written demand for payment of his wages, but

25   AHK and its management have refused to cooperate with Zac or pay the wages owed to

26

him.

12.     On information and belief, AHK and its management seek to deprive Zac of his wages in order to complete a merger or asset sale with WestStar Pacific Mortgage and to thereby intentionally deprive Zac of the wages owed to him.

## Count One
## (Treble Damages Under A.R.S. § 23-355)

13.     Zac realleges the preceding allegations.

14.     Arizona law permits an employee to receive up to three times the amount of unpaid wages from an employer.

15.     The conduct of AHK and its management authorizes Zac to receive treble damages for his unpaid compensation.

## Count Two
## (Unjust Enrichment)

16.     Zac realleges the preceding allegations.

17.     AHK was enriched by receiving Zac's services and retaining the wages owed to him.

18.     Because Zac has not received his wages in return for his professional services, he has been impoverished.

19.     No justification exists for Zac's impoverishment and the corresponding enrichment of AHK.

20.     This matter arises out of contract and Zac is entitled to an award of statutory interest and attorney fees under A.R.S. section 12-341.01.

**[Count Three]**

**[(Consolidation/ Merger)]**

[21.    Zac realleges the preceding allegations.

22.    AmericaHomeKey, Inc. and Weststar Mortage Corporation merged or consolidated their respective businesses in a way that benefits both companies.

23.    This consolidation or merger has made Weststar Mortgage Corporation a successor-in-interest and therefore liable for the pre-merger liabilities of AmericaHomeKey, Inc.]

**[Count Four]**

**[(Continuation)]**

[24.    Zac realleges the preceding allegations.

25.    Through the actions of Weststar and AmericaHomeKey and the transfer of assests in order to avoid liability, Westar Mortgage Corporation is a mere continuation of AmericaHomeKey, Inc.]

**Prayer**

Zac demands the following recovery:

1.    Unpaid compensation in the amount of $120,385 plus statutory interest and attorney fees and costs under A.R.S § 12-341.01,

2.    Treble damages as permitted by statute plus statutory interest and attorney fees and costs under A.R.S § 12-341.01; and

3.    Any other relief needed to provide Zac with a complete recovery.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## Jury Demand

Plaintiff further demands a trial by jury on all issues in this matter.

Submitted this 23rd day of April, 2012.

**Papazian & Mead, PLC**

By:   ***/s/ Frank R Mead***
Frank R. Mead
2141 E. Highland Avenue, Suite 105
Phoenix, Arizona 85016
*Attorneys for Plaintiff*