UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Zachary White,  )  )     Plaintiff,  ) vs.  )  )  )  ) AmericaHomeKey, Inc., a Texas Corporation,  )  )     Defendants.  ) | CV-12-456-PHX-FJM  **DEFAULT JUDGMENT** |

Defendant, AmericaHomeKey, Inc. failed to appear, plead or otherwise defend in this action, Default was entered on March 29, 2012. Counsel for plaintiff has requested judgment against the defaulted defendant and having filed a proper motion and declaration under Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is entered in favor of plaintiff Zachary White and against defendant AmericaHomeKey, Inc. in the amount of $120,385.00 plus statutory interest. This is a final judgment under Rule 54.

DEFAULT ENTERED this 16th of May, 2012.

BRIAN D. KARTH, CLERK/DCE


 s/L. Dixon
Deputy Clerk